Probation Form No. 35
(5/00)

Report and Order Terminating Probation
or Supervised Release
Before Original Expiration Date

## United States District Court
for the
## Southern District of Texas

United States of America

versus

James Burnside

Criminal Case: H-91-00059-SSS-22

On January 10, 2005, this defendant was placed on supervision for two years. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from supervised release.

Respectfully submitted,

_Scott E. McMillan_
Scott E. McMillan
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervised release, and these proceedings are terminated.

Signed ____Dec. 11____, 20 _06_, at Houston, Texas.

_Lynn N. Hughes_
Lynn N. Hughes
United States District Judge